(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

U. S. A. vs. __Wynile Walls__

Docket No. __2:03CR20119-01__

## Petition on Probation and Supervised Release

**COMES NOW** __Brenda L. Carpten__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Wynile Walls__ who was placed on supervision by the Honorable U.S. District Court Judge __Bernice B. Donald__ sitting in the Court at __Memphis, TN__ on the __19th__ day of __March__, 2004, who fixed the period of supervision at __three (3) years__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $2,500.00. (Balance $2,500.00)

2. The defendant shall provide the probation office access to any requested financial information.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After reviewing the offender's monthly income and necessary living expenses, it appears that fifty ($50.00) dollars per month is an appropriate payment plan. Please note that Mr. Walls is currently paying $50.00 per month toward his special assessment. Once he satisfies the court ordered special assessment (balance $275.00), his payments will be applied toward the restitution obligation.

**PRAYING THAT THE COURT WILL ORDER** that Wynile Walls' restitution payments be set at fifty ($50.00) dollars per month.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this __25__ day of __April__, 20__05__ and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | Brenda L. Carpten<br>Brenda L. Carpten<br>United States Probation Officer<br><br>Place __Memphis, Tennessee__<br><br>Date __April 21, 2005__ |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __4-26-05__

(84)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:03-CR-20119 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT